## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **March 14, 2019** |
| **TIME:** | **3:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 17-5400 (ARR)** |
| **NAME OF CASE(S):** | **Choi v. Home & Home Corp. et al** |
| **FOR PLAINTIFF(S):** | **Meang** |
| **FOR DEFENDANT(S):** | **Boyan** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**STATUS CONFERENCE RULINGS:**

**The time for completion of discovery is extended to May 15, 2019.**

**Defendants may submit a premotion conference application in anticipation of moving for summary judgment by June 14, 2019.**

**Counsel are encouraged to seek a reference to court-annexed FLSA mediation if they believe it might be productive to do so.**