## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **April 17, 2020** |
| **TIME:** | **2:30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 17-5400 (ARR)** |
| **NAME OF CASE(S):** | **Choi v. Home & Home Corp. et al** |
| **FOR PLAINTIFF(S):** | **Zhu and Seo with Choi** |
| **FOR DEFENDANT(S):** | **Boyan** |
| **NEXT CONFERENCE(S):** | **TELEPHONE CONFERENCE CALL AT 12 NOON ON MAY 27, 2020** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**The parties report that prefer to delay proceeding with a settlement conference until circumstances permit that it be held in person.**

**THE COURT WILL HOLD A CONFERENCE CALL AT 12 NOON ON MAY 27, 2020 to schedule a date for a settlement conference to be held in person.**