## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **May 27, 2020** |
| **TIME:** | **12:00 p.m.** |
| **DOCKET NUMBER(S):** | **CV 17-5400 (ARR)** |
| **NAME OF CASE(S):** | **Choi v. Home & Home Corp. et al** |
| **FOR PLAINTIFF(S):** | **Zhu** |
| **FOR DEFENDANT(S):** | **Boyan** |
| **NEXT CONFERENCE(S):** | **TELEPHONE CONFERENCE WILL BE HELD AT 10:30 AM ON JULY 9, 2020** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**The parties continue to believe that an in-person settlement conference, even if it must be delayed until court reopens, presents the best chance of resolving the case.**

**Accordingly, a FURTHER TELEPHONE CONFERENCE WILL BE HELD AT 10:30 AM ON JULY 9, 2020 in hope of being able to set a date for an in-person settlement conference at that time.**