

**James W. Boyan**
Partner
jboyan@pashmanstein.com
Direct: 201.4935

October 27, 2020

**VIA ELECTRONIC FILING**

The Honorable Allyne, R. Ross, U.S.D.J.
U.S. District Court - Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    **Choi v. Home & Home Corp., et al.**
               Civil Action No. 1:17-cv-05400

Dear Judge Ross:

      This firm represents Defendants in the above-referenced matter. Pursuant to Your Honor's October 20, 2020 order, we write to advise the Court that the parties have reached a settlement. The parties will submit a joint motion for the approval of the settlement of Plaintiff's FLSA claims.

                       Respectfully submitted,

                       *James W. Boyan, III*

                       James W. Boyan III

cc:    Shan Zhu, Esq., Counsel for Plaintiff (via electronic filing)

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com