UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IK HO CHOI,

                                          JUDGMENT
                                          17-CV-5400 (ARR) (RML)

        Plaintiff,

   v.

HOME & HOME CORP., GI JOON KYE,
and IN YONG LEE,

        Defendants.
------------------------------------------------------------------X

        An Opinion and Order of the Honorable Allyne R. Ross, United States District Judge, having been filed on April 14, 2021, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated March 12, 2021, granting the parties' motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015); it is

        ORDERED and ADJUDGED that the parties' motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015) is granted.

Dated: Brooklyn, New York                                       Douglas C. Palmer
       April 15, 2021                                             Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk